AARON E. JOHNSTON, executor, &c., of Mary E. Throckmorton, deceased, complainant and respondent,

*v.*

HUGH E. O'REILLY, defendant and appellant.

[Submitted March 23d, 1908. Decided June 15th, 1908.]

On appeal from an order made by the former chancellor, overruling a demurrer to the bill of complaint, upon an opinion reported in *73 N. J. Eq. (3 Buch.) 1.*

*Mr. Charles J. Roe,* for the appellant.

*Mr. Aaron E. Johnston,* for the respondent.

PER CURIAM.

The order under review herein should be affirmed, for the reasons expressed in the opinion of Chancellor Magie.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—16.

*For reversal*—None.